UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

January 07, 2026

Clerk - Northern District of Alabama
U.S. District Court
Hugo L. Black United States Courthouse
1729 5TH AVE N
BIRMINGHAM, AL 35203

Appeal Number: 25-14392-E
Case Style: Patrick Ifediba v. USA
District Court Docket No: 2:24-cv-08018-RDP
Secondary Case Number: 2:18-cr-00103-RDP-GMB-1

The enclosed copy of the Clerk's Order of Dismissal for failure to prosecute in the above referenced appeal is issued as the mandate of this court. See 11th Cir. R. 41-4.

Any pending motions are now rendered moot in light of the attached order.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

Enclosure(s)

DIS-2 Letter and Entry of Dismissal

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 25-14392-E

_____

PATRICK EMEKA IFEDIBA,

                                                       Petitioner - Appellant,

versus

UNITED STATES OF AMERICA,

                                                       Respondent - Appellee.

_____

Appeal from the United States District Court
for the Northern District of Alabama

_____

ORDER: Pursuant to the 11th Cir. R. 42-1(b), this appeal is DISMISSED for want of prosecution because the appellant Patrick Emeka Ifediba failed to pay the filing and docketing fees to the district court, or alternatively, file a motion to proceed in forma pauperis in district court and failed to comply with the rules on Certificates of Interested Persons and Corporate Disclosure Statements within the time fixed by the rules.

Effective January 07, 2026.

                                        DAVID J. SMITH
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

                                                                     FOR THE COURT - BY DIRECTION